Michael Kammer et al., Respondents, *v.* Matthew
Lutz et al., Appellants.

(Argued May 9, 1932; decided June 1, 1932.)

*Ray M. Stanley* for appellants.

*Marvin M. Marcus, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.